

FILED
May 8 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY     s/ BreanneChandler     DEPUTY

In the United States District Court
For the Southern District of California

Robert Alexander Grimsley

Plaintiff,

vs.

Waxie's Enterprises Inc.,
Nike Inc., CCCF Superintendent Nicole Brown, Prison term Analyst ("PTA") Tim Welsh, Bethany Smith, Heidi Steward, Lieutenant Rachel Reyna, Colette S. Peters, City of San Diego, CA., County of San Diego, CA., City of Wilsonville, OR., Jailor Samuel Zinie, Malheur Co. Sheriffs Dept., Doc transport officer Hawk, City of Vale, OR., Dolores Matteucci, City of Salem, OR., Gov. Kotek, Ryan Mnag,

John & Jane Doe (Every company & CEO thereto trading on the stock market; all Aiders, Abettors, Profiters, Participants & Conductors to the RICO; directly and indirectly).

Defendants.

§ § § § § § § § § § § § § § § §

# '23CV0878 RSH JLB

Civil RICO
Complaint

Attachments: Exh 1

1. JURISDICTION: Federal Question. CAUSE: 18 U.S.C. §§ 1961 et seq.; RICO Conspiracy. id. §§ 1962(d). 42 U.S.C. §§ 1983; Const. Conspiracy. id. §§ 1985 & 1986. DESCRIPTION: Manstealing & Human Trafficking.

2. Pltf has been kidnapped by means of "force [&] fraud" since 2018 by defendants' enterprise under the appearance that he is a "prisoner" in accordance with 28 U.S.C §§ 1915(h)[2]. "[P]articular[3]" method and schemata: Fraud in the facts & actual fraud: On 4/11, 7/10, 8/9 of 2018, defendants Welsh, Smith, & Steward executed ORS 137.370(4) & (2) contrary to statute via cutting and pasting, and applied the errant executions to pl's court ordered judgment with John & Jane Does using force to execute.[4]

3. On 3/16/22 local jailor defendant Zinie was on the prison property SRCI attempting to steal pl's corpus. Method: Actual fraud: Misrepresenting that he "[has] a warrant" for pl's arrest, and was unsuccessful. The following day (3/17/22) defendants Hawk and Does extracted & trafficked pltf by force into the local facility. There was no warrant or probable cause. See Exh 1 p.2 attached. This particular facility is a different jurisdiction from ODOC but it's labeled as the Malheur County Correctional Facility ("MCCF") to conceal the kidnappings.

4. Upon information & belief, Exh 1 is a fake legal instrument.

5. On 1/5/23, pltf was trafficked by force to the Oregon State Hosp. ("OSH") by defendant Does under employ Malheur Co. Sheriff.

6. On 3/1/23, pltf was trafficked back to MCCF by defendant Maag & Doe.

7. 4/19/23: Pltf was trafficked back to SRCI by John Does. While in a holding cell at the prison, they printed an alleged judgment from a server online, then trafficked pltf to the Coffee Creek Corr. Facility ("CCCF") in Wilsonville, OR., where he is currently kidnapped by defendants Brown & Does.

8. ALL DEFENDANTS captioned in this compl. conspired to steal & traffick pl's corpus and profit off their 1962 prohibited activities.

9. Defendants' racketeering RICO conspiracy violated pl's 1st, 8th, & 14th Amendments: Subjecting him to torture @ facilities, restricting court access, no Due Process.

## IRREPARABLE INJURY

If the court does not intervene and issue immediate restraint against defendants' enterprise based upon the facts in this verified Compl. in accordance with Rule 65 of the Federal Rules of Civil Procedure and authority granted under RICO, pltf will continue to be Kidnapped & Trafficked.

## RELIEF

WHEREFORE, plaintiff demands Ten Trillion USD ($10,000,000,000,000) against defendants enterprise in actual, punies, & future damages for the aggravated mainstealing of his corpus, which was executed with actual malice, premeditated malice, deceit, and true connivance thereof.

## VERIFICATION

Under penalty of perjury the facts stated in this complaint are true and correct, except as to the facts pleaded upon information & belief, and as for those I believe them to be true.

Executed this May 1st of 2023 in Wilsonville, OR. 97070

R. Grimsley

Robert Alexander Grimsley
Kidnapped @ CCCF
SID # 21089091
24499 SW Grahams Ferry Rd.
Wilsonville, OR. 97070

---

1. See Black's 11th : Kidnapping
2. The lawmakers "prisoner" definition, text & context re corpus serving state conviction: for it to be "convicted of, [and] sentenced for ... violations of criminal law [.]"
3. FRCP. 9(b)
4. See also 28 U.S.C.§§ 2254 (a) & (b), the federal habeas standard and excusing exhaustion doctrine may only be entertained for a corpus "in custody pursuant to the judgment of a state court [.]" That is the statutory requirement for the petitioner. Insofar as pltff being taken to facility: Need warrant or probable cause arrest. The bench must not blur the distinction between false imprisonment & simple kidnapping due to the appearance of "facilit[ies]." 28 U.S.C.§§ 1915 (h).

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT ALEXANDER GRIMSLEY<br>Plaintiff, | § § § § § § § § | # |
| vs. | § § § | EXHIBITS TO COMPLAINT |
| WAXIE'S ENTERPRISES INC., et al.<br>Defendants. | § § § § § | |

Plaintiff submits the following exhibits with his RICO complaint:

1. **EXHIBIT 1**: FAKE legal instrument. (Duplexed Exh)

Executed May 1st of 2023,

R. Grimsley

Robert Alexander Grimsley
Kidnapped @ Coffee Creek Corr. Facility ("CCCF")
SID # 21089091
24499 SW Grahams Ferry Road
Wilsonville, OR. 97070

Verified Correct Copy of Original 11/1/2019

**DAVID M. GOLDTHORPE**
Malheur County District Attorney
251 B Street West
Vale, OR 97918
(541) 473-5127; Fax: (541) 473-5199
Email: daoffice@malheurco.org

**FILED**
Malheur County Circuit Court

NOV 01 2019

Time: 3:07 p.m By_____

## IN THE CIRCUIT COURT OF THE STATE OF OREGON
## FOR THE COUNTY OF MALHEUR

| | |
|---|---|
| STATE OF OREGON<br>Plaintiff,<br><br>vs.<br><br>ROBERT ALEXANDER GRIMSLEY<br>Defendant. | INDICTMENT<br>Court No.: 19CR71922<br><br>DA No.: 190325 |

The above named Defendant is accused by the Malheur County Grand Jury of the crimes of:

| | | |
|---|---|---|
| COUNT 1 | ATTEMPTED MURDER | ORS 163.115 /Class A Felony |
| COUNT 2 | ASSAULT IN THE SECOND DEGREE | ORS 163.175 /Class B Felony |

committed as follows:

### COUNT 1

The defendant Robert Alexander Grimsley, on or about February 26, 2019, in Malheur County, Oregon, did unlawfully and intentionally attempt to cause the death of James Decou, another human being.

### COUNT 2

The defendant Robert Alexander Grimsley, on or about February 26, 2019, in Malheur County, Oregon, did unlawfully and knowingly cause serious physical injury to James Decou, contrary to statute and against the peace and dignity of the State of Oregon.


Exhibit 1 page 1 of 2 (Duplex)

1 - Indictment

*Verified Correct Copy of Original 11/1/2019*

The State further alleges these acts are properly joined pursuant to ORS 132.560 because the above counts have been committed by the same person or persons, and are charged in the alternative, are of the same or similar character, are based on the same act or transaction, are based on two or more acts or transactions connected together, or are based on two or more acts constituting parts of a common scheme or plan.

Witnesses examined:
Ryan Mills, Oregon State Police, in person
Bryce Bergam, in person

DATED: October 31, 2019
DAVID M. GOLDTHORPE, District Attorney
BY: _____
    District Attorney

A TRUE BILL,
_____
Foreperson of the Grand Jury

Arresting Agency / Agency Case #: Oregon State Police/Ontario / SP19070578

It is ordered that a warrant be issued for the arrest of the defendant; bail being set in the amount of:

$_____

_____
DATE

_____
MALHEUR COUNTY CIRCUIT COURT
BY:
☐   JUDGE LUNG S. HUNG
☐   JUDGE ERIN K. LANDIS

CLERK'S CERTIFICATE I hereby certify this copy to be a true, full and correct copy of the original now on record in my office.

MARILEE ALDRED
Trial Court Administrator
By: _____
    CLERK

2 - Indictment

ExH 1 page 2 of 2
~~ExH #9 p. 2 of 2~~

# Certificate of Service

I, Robert Grimsley, certify that on 5/1/23 I deposited into the facilities mail the following documents infra:

1. Civil RICO compl.
2. Exhibits to compl.
3. EXH 1 re compl.
4. 60(b)(6) MFR

Addressed To:   Clerk of Court
Edward J. Schwartz
United States Courthouse
221 West Broadway
SAN DIEGO, CA. 92101

Under penalty of perjury the forgoing is true & correct.

Executed May 1st of 2023,

___R. Grimsley___

Robert Alexander Grimsley
Kidnapped @ Coffee Creek Corr. Facility ("CCCF")
SID # 21089091
24499 SW Grahams Ferry Road
Wilsonville, OR. 97070

1 of 1 Cert of Service

Oregon Department of Corrections - ADC Mail
Institution CCCF  SID 21089091
Name Robert Alexander Grimsley
Address 24499 SW Grahams Ferry Rd.
City Wilsonville  State OR  Zip 97070

PORTLAND OR 972
3 MAY 2023 PM 4 L

Clerk of Court
Edward J. Schwartz
United States Courthouse
221 West Broadway
San Diego, CA. 92101

92101-897299

RECEIVED
MAY 8 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA